IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER URBANSKI, individually and on behalf of a class of similarly situated individuals, | )<br>)<br>)<br>) |
| *Plaintiff,* | ) Case No. 20-cv-03926<br>) |
| v. | ) Judge John F. Kness<br>) |
| HERCULES FORWARDING, INC., a California corporation, | )<br>)<br>) |
| *Defendant.* | )<br>) |

**ORDER REMANDING PLAINTIFF'S CLAIM UNDER 740 ILCS 14/15(a)**

Based on the Parties' Rule 26(f) Status Report (Dkt. 51), as well as the reasons provided during the hearing held in this matter on October 9, 2020,

IT IS HEREBY ORDERED THAT:

1. The Court lacks subject matter jurisdiction over Plaintiff's claim under 740 ILCS 14/15(a);

2. The Court accordingly severs and remands Plaintiff's claim under 740 ILCS 14/15(a) to the Circuit Court of Cook County, Chancery Division, the state court from which this case was removed;

3. The remainder of Plaintiff's claims in this action are not remanded; and

4. The Clerk shall effectuate the partial remand forthwith.

SO ORDERED.

Date: October 26, 2020

                                                                         JOHN F. KNESS
                                                                         United States District Judge